PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Charles Anthony Brown  Cr.: 09CR772-1
PACTS Number: 54947

Name of Sentencing Judicial Officer: The Honorable Lacy H. Thornburg, U.S.D.J. - WD/NC
Name of New Judicial Officer: The Honorable William J. Martini, U.S.D.J.

Date of Original Sentence: 08/23/04

Original Offense: Conspiracy to Possess with intent to Distribute a Controlled Substance

Original Sentence: One hundred and forty-four (144) months imprisonment followed by five (5) years supervised release
Amended Sentence: One hundred and forty (140) months imprisonment followed by five (5) years supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: 04/06/11

## PETITIONING THE COURT

[ ]   To extend the term of supervision for      Years, for a total term of      Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

LOCATION MONITORING PROGRAM  (60 days months) (Payment NOT waived)

You are to participate in the Location Monitoring Program. You shall be confined to your residence for a period of 60 days commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a Location Monitoring device and follow all location monitoring procedures. You shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. You shall pay all the costs associated with the Location Monitoring Device. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

## CAUSE

On January 3, 2012, the offender was arrested by the Garfield Police Department and charged with possession of a controlled substance, possession of drug paraphernalia, driving while intoxicated and driving with a suspended license.

On July 17, 2012, the offender appeared in Garfield Municipal Court and pled guilty to driving while intoxicated and driving with a suspended license. As a result, his driver's license was suspended for an additional three months, he must complete the IDRC program and he was fined a total of $903. The criminal charges were dismissed.

The offender understands there must be consequences for his decision to operate a motor vehicle with a suspended license and while under the influence of alcohol. He has signed the Probation 49, Waiver of Hearing to Modify the Conditions of Supervised Release and has agreed to be placed on electronic monitoring for sixty (60) days. If the Court is agreeable to this modification, it is recommended the Petition for Violation of Supervised Release be dismissed.

Respectfully submitted,

By: Patrick Hattersley
U.S. Probation Officer
Date: 09/26/12

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/11/12
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

LOCATION MONITORING PROGRAM  (60 days)  (Payment NOT waived)

> You are to participate in the Location Monitoring Program. You shall be confined to your residence for a period of 60 days commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a Location Monitoring device and follow all location monitoring procedures. You shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. You shall pay all the costs associated with the Location Monitoring Device. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

Witness: _____  Signed: _____
United States Probation Officer           Probationer or Supervised Releasee
PatrickHattersley                         Charles Brown

8/16/10
DATE